# United States District Court
## Violation Notice

**CVB Location Code:** CA49

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAUV0066 | GONZALES | 2126 |

FAUV0066

### YOU ARE CHARGED WITH THE FOLLOWING

| Date and Time of Offense | Offense |
|---|---|
| 11/03/2016   20:39 | FED   21US   844 |

**Place of Offense:** HIGHWAY 36 @ 3 TOWERS

**Offense Description: Factual Basis for Charge**    HAZMAT ☐

POSSESSION OF MARIJUANA (6 LBS)

### DEFENDANT

Phone ( )

| Last Name | First Name | M. |
|---|---|---|
| XIONG | FONG | |

**Street Address:**

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

**Drivers License**    CDL ☐   D.L. ☐   **Social Security**

☐ Adult ☐ Juvenile   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE   VIN                                                   CMV ☐

| Tag No. | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|

A [X]  IF BOX A IS CHECKED, YOU MUST APPEAR IN
SEE INSTRUCTIONS (opposite).

B ☐  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture

$30.00   Processing

**PAY THIS**   Total Collateral

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court**
2986 Bechelli Ln
Redding, CA 96002  530 246 5416

**Date (mm/dd/yyyy)**

**Time (hh:**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FAUV0066

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that ___November 3, 2016___ while exercising my duties as a law officer in the ___EASTERN___ District of ___CA___

Pursuant to 16USC 551: On November 3rd 2016, I was conducting a uniformed patrol of the Hayfork Ranger District of the Shasta National Forest in Trinity County. While patrolling Highway 36 at approximately 2000 hours, I observed a white in color Lexus sedan heading eastbound. As the vehicle passed me, I noticed that the vehicle did not have a front license plate as required by state law. I then conducted a traffic stop.

As I approached the vehicle to contact the driver, I could detect the strong odor of marijuana from the vehicle as the windows were down. I then identified myself as a Law Enforcement Officer and I informed the driver why I had stopped him. The passenger then showed me the front license plate which was located inside the vehicle on the floor board. I then asked the driver for his license and registration. I then identified the driver as XIONG, FONG. via his California drivers license.

I asked XIONG how much marijuana was in the vehicle. He stated that he had " about a pound of shake". He then produced a garbage bag of marijuana from the back seat. I then asked XIONG if there was any more marijuana in the vehicle. He stated that there was not. I then conducted a search of the vehicle. The search revealed (4) more bags of shake in the trunk and an additional bag (1 lb) of processed marijuana which was concealed in the spare tire compartment of the vehicle.

The total weight of marijuana seized from XIONG's vehicle was approximately (6) lbs. XIONG stated that he was transporting the marijuana to Sacramento because there "were people there that know what to do with it".

I then issued XIONG a U.S. Violation Notice for 21 USC Section 844 (possession of marijuana) and informed him that he would have a mandatory appearance in Federal Court.

XIONG was then released.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed ___November 3, 2016___ *R.R.G.*
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazerdous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident